```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT ELECTRONICALLY
                                            FILED
------------------------------------x       DOC#: _____
                                    :       DATE FILED: 10-25-23
UNITED STATES OF AMERICA            :       ORDER
                                    :
        - v. -                      :       23 Cr. 319 (ALC)
                                    :
ATUL BHIWAPURKAR,                   :
                                    :
                Defendant.          :
                                    :
------------------------------------x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on October 19, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York

10/25/23

_____
HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK