```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-25-23

----------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                              Plaintiff,

      -against-

ATUL BHIWAPURKAR,

                              Defendant.

----------------------------------------------------------------- x

23-CR-319 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Sentencing set for **February 27, 2024** at **3:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
           October 25, 2023

                                                               _/s/ Andrew L. Carter, Jr._
                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**