```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-12-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

ATUL BHIWAPURKAR,

                        Defendant.

-------------------------------------------------------------- x

23-CR-319 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    IT IS HEREBY ORDERED that the defendant's passport be returned to him.

**SO ORDERED.**

Dated:    New York, New York
           April 12, 2024

                                                        _____
                                                            ANDREW L. CARTER, JR.
                                                             **United States District Judge**